# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN MCKNIGHT, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF JOHN MCKNIGHT<br><br>VERSUS<br><br>TAKEDA PHARMACEUTICALS AMERICA, INC.; TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.; and TAKEDA PHARMACEUTICAL COMPANY LIMITED | MISC. CASE NO. 17-mc-138<br><br><br><br>JUDGE DOHERTY<br><br>MAGISTRATE JUDGE HANNA |

## REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, JOHN MCKNIGHT

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Kathleen McKnight, Individually and as Special Administrator of the Estate of John McKnight, deceased and Derivative Claimant; and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

    GRANTED and

    The settlement by and between Plaintiff, Kathleen McKnight, Individually and as Special Administrator of the Estate of John McKnight and Derivative Claimant individually and as legal heirs to the Estate of John McKnight, deceased, and Takeda, as notice to the Court on July 25, 2107 be

    APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiff participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this 2nd of August, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE